```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


SHERYL M. HOWARD                              CIVIL ACTION

VERSUS                                        NO: 06-8131

ALLSTATE INSURANCE COMPANY                    SECTION: "J"(5)
ET AL.
```

### ORDER AND REASONS

Before the Court is Plaintiffs' **Motion to Remand (Rec. Doc. 7)**. Allstate Insurance Company ("Allstate") opposed this motion, which was set for hearing on the briefs on December 20, 2006. Upon review of the record, the memoranda of counsel, and the applicable law, this Court now finds that, for the same reasons set forth by the undersigned in <u>Southall v. St. Paul Travelers Ins. Co.</u>, 2006 WL 2385365 (E.D. La. Aug. 16, 2006) in its discussion of amount in controversy, Defendant here has not shown that the amount in controversy exceeds $75,000.  As the undersigned noted in <u>Southall</u>, "Although in this case, Plaintiffs assert that their residence was severely damaged, no estimates of the amount of damages are given - and this Court cannot simply assume "severe" damage means the damages will exceed the $75,000 jurisdictional requirement."  <u>Id.</u> at *4.  Thus, this case should be remanded to the Civil District Court for the Parish of Orleans.  Accordingly,

**IT IS ORDERED** that Plaintiffs' **Motion to Remand (Rec. Doc. 7)** should be and hereby is **GRANTED** and this case is hereby removed to the Civil District Court for the Parish of Orleans.

New Orleans, Louisiana this 28th day of December, 2006.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE